No. 14-2362

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

**In re:
DZHOKHAR TSARNAEV,
Petitioner**

_____

## GOVERNMENT'S MOTION TO FILE RESPONSE *NUNC PRO TUNC*

The United States of America, by and through its undersigned attorneys, respectfully moves this Court to have the government's response to the defendant's petition for a writ of mandamus deemed filed *nunc pro tunc*. In support thereof, the government states the following:

1. The petitioner, Dzhokhar Tsarnaev, filed his 39-page petition for mandamus on December 31, 2014 at 5:18 p.m., and the Court ordered the government to respond by January 1, 2015, at 5:00 p.m. The government subsequently sought, and was granted, a two-hour extension of this deadline.

2. Despite its best efforts, which included incorporating comments from multiple persons, the government was not able to file its response until approximately 7:24 p.m., on January 1, 2015. The government therefore hereby requests that its response be deemed filed *nunc pro tunc*.

For these reasons, the government respectfully requests that the Court allow this motion.

                                          Respectfully submitted,

                                          CARMEN M. ORTIZ
                                          United States Attorney

By:   */s/ William D. Weinreb*
        WILLIAM D. WEINREB
        ALOKE S. CHAKRAVARTY
        NADINE PELLGRINI
        Assistant U.S. Attorneys

**Certificate of Service**

      I, William Weinreb, Assistant U.S. Attorney, hereby certify that on January 2, 2015, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system: Miriam Conrad, Esq., William W. Fick, Esq., Timothy Watkins, Esq.

      I also certify that on January 1, 2015, I served a copy of the foregoing document on the following Counsel of record who are not registered participants of the CM/ECF system:

David I. Bruck
Washington and Lee University
2200 Sydney Lewis Hall
Lexington, VA 24450

Judy Clarke
Clarke & Rice, APC
Suite 1800
1010 Second Ave
San Diego, CA 92101

      I further certify that pursuant to Fed. R. App. Proc. 21(a)(1), I served a copy of the foregoing document on the district court by email pdf on January 1, 2015.

                            /s/ William D. Weinreb
                            WILLIAM D. WEINREB
                            Assistant U.S. Attorney