UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 14-2362
_____

In re
DZHOKHAR TSARNAEV,
Petitioner
_____

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Defendant-petitioner, Dzhokhar Tsarnaev, by and through counsel, respectfully moves for leave to file a supplemental memorandum in support of his Petition for Mandamus by 10:00 a.m. on January 3, 2015. As grounds therefor, Petitioner states that on January 2, 2015, at 3:15 p.m., the district court issued an Opinion and Order [D.E. 887] explaining its earlier Order denying Mr. Tsarnaev's Second Motion to Change Venue [D.E. 684] and granting the government's motion to strike certain exhibits to the defendant's Second Motion to Change Venue [D.E. 760]. A supplemental memorandum will permit Mr. Tsarnaev to address certain points in the district court's opinion and thereby clarify and focus the issues for determination by this Court.

      Respectfully submitted,

      DZHOKHAR TSARNAEV
      by his attorneys,

      /s/ William W. Fick

Judith Mizner (1st Cir. No. 11056 )
William W. Fick (1st Cir. No. 82686)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
JUDITH_MIZNER@FD.ORG
WILLIAM_FICK@FD.ORG

## **CERTIFICATE OF SERVICE**

I, William Fick, hereby certify that this document filed through the ECF system will be sent to the registered participants, including counsel of record Dina Chaitowitz, William Weinreb, Aloke Chakravarty, Nadine Pellegrini, and Donald Cabell, as identified on the Notice of Electronic Filing on January 2, 2015. A copy will also be served by e-mail PDF upon Steve Mellin.

/s/ William Fick