# United States Court of Appeals
## For the First Circuit

No. 14-2362

IN RE: DZHOKHAR TSARNAEV

Petitioner

**ORDER OF COURT**

Entered: January 2, 2015

The government's motion to file its response to petitioner's application for a writ of mandamus nunc pro tunc is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Judith Mizner
Miriam Conrad
David I. Bruck
Timothy G. Watkins
William W. Fick
Judy Clarke
William D. Weinreb
Dina Michael Chaitowitz
Aloke Shankar Chakravarty
Donald L. Cabell
Nadine Pellegrini
Steven D. Mellin
Matthew R Segal